**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | |
|---|---|
| DENNIS BERNARD BATES, JR. | CIVIL ACTION NO. 09-cv-120 |
| VERSUS | JUDGE HICKS |
| BARKSDALE FEDERAL CREDIT UNION, ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED THAT** Plaintiff's complaint is **hereby DISMISSED without prejudice** for lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 21st day of April, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE